242 So.2d 408

Donald SPARKS

v.

STATE.

Ex parte Donald SPARKS.

7 Div. 889.

Supreme Court of Alabama.

Dec. 17, 1970.

H. T. Foster, Scottsboro and Loma B. Beaty, Fort Payne, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

BLOODWORTH, Justice.

Petition of Donald Sparks for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Sparks v. State, 46 Ala.App. 357, 242 So.2d 403 (7 Div. 9).

Writ denied.

SIMPSON, COLEMAN, MADDOX and McCALL, JJ., concur.

243 So.2d 763

In re Michael G. SPURLIN

v.

STATE.

Ex parte Michael G. SPURLIN.

7 Div. 879.

Supreme Court of Alabama.

Feb. 4, 1971.

MacDonald Gallion, Atty. Gen., for the State.

COLEMAN, Justice.

Petition of Michael G. Spurlin for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Spurlin v. State, 46 Ala.App. 485, 243 So.2d 758.

Writ denied.

HEFLIN, C. J., and SIMPSON, BLOODWORTH and McCALL, JJ., concur.

245 So.2d 828

In re Fred O. STANLEY

v.

STATE.

Ex parte Fred O. Stanley.

4 Div. 404.

Supreme Court of Alabama.

March 11, 1971.

F. B. McGill, Opp, for petitioner.

MacDonald Gallion, Atty. Gen., for the State.

HEFLIN, Chief Justice.

Petition of Fred O. Stanley for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Stanley v. State, 46 Ala.App. 542, 245 So.2d 827 (4 Div. 27).

Writ denied.

LAWSON, MERRILL, COLEMAN and MADDOX, JJ., concur.